**Official Form 6D (12/07)**

| In Re: | Gena Faye Lee | Case No. | 4:09-bk-11890-EWH |
|---|---|---|---|
| | **Debtor** | | (if known) |

# AMENDED
# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred, Nature of Lien, and Description and Value of Property Subject to Lien | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|---|
| Account Number: 0642149389 <br><br> Wells Fargo Home Mortgage <br> P O Box 14411 <br> Des Moines IA 50306 | | | February 2005 <br> First mortgage on residence <br> 2420 W Bartlett Way <br> Queen Creek AZ 85242 <br><br> VALUE $ 130,000.00 | | | X | 218,497.74 | 88,497.74 |
| Account Number: 00416010867328 <br><br> Chase <br> P O Box 78035 <br> Phoenix AZ 85062 | | | November 2006 <br> Deed of Trust on on residence <br> 2420 W Bartlett Way <br> Queen Creek AZ 85242 <br><br> VALUE $ 0 | | | X | 29,511.84 | 29,511.84 |
| Account Number: 041346623 <br><br> Ford Motor Credit Co <br> P O Box 7172 <br> Pasadena CA 91109-7172 | X | | 2006 <br> Lien on 2006 Ford Fusion automobile <br><br> VALUE $ 8,000.00 | | | X | 11,956.50 | 3,956.50 |
| | | | Subtotal <br> (Total of this page) | | | | $259,966.08 | $121,966.08 |
| | | | Total <br> (Use only on last page) | | | | $259,966.08 | $121,966.08 |
| | | | | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

_0_ continuation sheets attached