# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | GENA FAYE LEE | | |
| **Case Number:** | 4:09-BK-11890-EWH | **Chapter:** | 13 |
| **Date / Time / Room:** | THURSDAY, OCTOBER 01, 2009 02:00 PM   COURTROOM 206 | | |
| **Bankruptcy Judge:** | EILEEN W. HOLLOWELL | | |
| **Courtroom Clerk:** | TERESA MATTINGLY | | |
| **Reporter / ECR:** | EUNICE STROUD | | |

## *Matters:*

1) PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY ALAN M. LEVINSKY OF BUCHALTER NEMER ON BEHALF OF FORD MOTOR CREDIT COMPANY LLC .
   **R / M #:**   19 / 0

2) PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY RE: 2420 W. BARTLETT WAY, QUEEN CREEK, AZ 85242 FILED BY MARK BOSCO OF TIFFANY & BOSCO, P.A.  ON BEHALF OF WELLS FARGO BANK, N.A.
   **R / M #:**   23 / 0

## *Appearances:*

NASSER U. ABUJBARAH, ATTORNEY FOR GENA FAYE LEE, Appearing in Phoenix
ALAN M. LEVINSKY, ATTORNEY FOR FORD MOTOR CREDIT, Appearing in Phoenix
LEONARD J. MCDONALD, ATTORNEY FOR WELLS FARGO BANK, N.A., Appearing in Phoenix

## *Proceedings:*

ITEM #1

Mr. Levinsky states that he has been informed that the vehicle has been in a wreck and that the insurance companies are now in play.  At this point he does not believe there is an objection to lifting the stay.

Mr. Abujbarah confims the vehicle is a total loss.   The insurance company is about to issue a check for $9,000 to go directly to Ford Motor Credit.

COURT:  THE MOTION IS GRANTED.  Mr. Levinsky to upload the form of order.


ITEM #2

Mr. McDonald states that there have been no post-petition payments.  He believes this is a rental property and debtor may attempt to strip it down.  He is not sure if an adversary has been filed.  He requests the court set the matter for final hearing.

 Mr. Abujbarah states that a second amended plan has been filed to set up a conduit payment.  He does not object to a continuance.

COURT:  THE HEARING IS CONTINUED TO A ONE-MINUTE FINAL ON WEDNESDAY, NOVEMBER 4, 2009 AT 2:00 P.M.  No evidentiary hearing order to issue.