**ORDERED.**

TIFFANY & BOSCO
P.A.

**2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192**

Dated: November 10, 2009



_____
**EILEEN W. HOLLOWELL**
U.S. Bankruptcy Judge
_____

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-14712/0642149389

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Gena Faye Lee<br>      Debtors.<br>_____<br>Wells Fargo Bank, N.A.<br>      Movant,<br>  vs.<br>Gena Faye Lee, Debtors; Dianne C. Kerns, Trustee.<br>      Respondents. | No. 4:09-bk-11890-EWH<br><br>Chapter 13<br><br>O R D E R<br><br>(Related to Docket # 23) |

      This matter having come before the Court for a Preliminary Hearing on November 4, 2009, Movant appearing by and through its attorney, Tiffany & Bosco, P.A., Debtor appearing by and through their counsel, The Law Offices of Nasser U. Anujbarah, and good cause appearing,

      **IT IS HEREBY ORDERED** that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby terminated, **effective December 4, 2009**, as to Movant with respect to that certain real property which is subject of a Deed of Trust dated November 10, 2005, and recorded on November 16, 2005, in the office of the Pinal County Recorder at 2005-158876

wherein Wells Fargo Bank, N.A. is the current beneficiary and Gena Faye Lee have an interest in, further described as:

LOT 221, OF PHASE 1 AT HORNING SUll FARHS, ACCOlJRDING TO CABINET D, SLIDE 1721 RECORDS OF PINAL COUNTY, ARIZONA
A.P.N. I: 50~-03-3210

IT IS FURTHER ORDERED that this Order vacating the automatic stay imposed by U.S. Bankruptcy Court Code 362(a) shall be binding and effective in the event the Debtor converts this case to another chapter under the U.S. Bankruptcy Code.

DATED this ___ day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT